IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARK RULO,

    Plaintiff,

v.    Civil Action No. 3:22cv363

STEPHEN BURNS, ADMINISTRATOR
OF THE ESTATE OF ORLANDO
CRAIG, DECEASED, et al.,

    Defendants.

### ORDER

Having considered the CONSENT MOTION TO TRANSFER VENUE (ECF No. 9), and upon agreement of counsel, it is hereby ORDERED that the CONSENT MOTION TO TRANSFER VENUE (ECF No. 9) is granted and the Clerk shall transfer this action to the United States District Court for the Western District of Virginia, Abingdon Division.  It is further ORDERED that:

    (1) DEFENDANTS' MOTION TO TRANSFER VENUE (ECF No. 6) is denied as moot; and

    (2) DEFENDANTS' MOTION TO AMEND THEIR ANSWERS TO PLAINTIFF'S COMPLAINT (ECF No. 4) and CONSENT MOTION FOR LEAVE TO FILE DEFENDANTS' AMENDED ANSWERS TO COMPLAINT (ECF No. 8) are referred to the United States District Court for the Western District of Virginia, Abingdon Division, for resolution.

    It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: May 18, 2022